### SLATER TRUST CO. v. RANDOLPH–MACON COAL CO. et al.

(Circuit Court, S. D. New York.　October 4, 1907.)

COURTS (§ 272*)—JURISDICTION OF FEDERAL COURTS—DISTRICT IN WHICH SUIT MUST BE BROUGHT—ACTION BETWEEN CITIZENS OF DIFFERENT STATES.

Service on a defendant does not give a federal court jurisdiction, where it is founded only on diversity of citizenship and neither party is a resident of the state, if seasonable objection is made.

[Ed. Note.—For other cases, see Courts, Cent. Dig. § 811; Dec. Dig. § 272.*

Diverse citizenship as ground of federal jurisdiction, see notes to Shipp v. Williams, 10 C. C. A. 249; Mason v. Dullagham, 27 C. C. A. 298.]

On Motion to Set Aside Service.

Rushmore, Bisbee, Rogers & Stern, for the motion.
Henry S. Hooker, opposed.

WARD, Circuit Judge. The defendant, the Randolph-Macon Coal Company, moves to set aside the service of a subpœna on its president on the ground that it is a corporation of the state of Missouri

and the complainant is a corporation of the state of Rhode Island. As the jurisdiction depends upon the citizenship of the parties, the motion is granted.